Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET

**U. S. DISTRICT COURT**

(To be used for **all** new Bills of Indictments and Bills of Information)

| | |
|---|---|
| **CASE SEALED:** ○YES ●NO | **DOCKET NUMBER:** 5:23-cr-9-KDB |

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.*

| | | |
|---|---|---|
| **CASE NAME** | :US vs | YAEL AGUILAR |
| **COUNTY OF OFFENSE** | : | IREDELL |
| **RELATED CASE INFORMATION** | : | |
| *Magistrate Judge Case Number* | : | |
| *Search Warrant Case Number* | : | |
| *Miscellaneous Case Number* | : | |
| *Rule 20b* | : | |
| **SERVICE OF PROCESS** | : | ARREST WARRANT |

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):* ○Petty ○Misdemeanor ●Felony

18 U.S.C. § 924(c); 18 U.S.C. § 922 (g)(5); 21 U.S.C. § 841(a)(1)

**JUVENILE:** ○ Yes ● No

| | | |
|---|---|---|
| **ASSISTANT U. S. ATTORNEY** | : | WILLIAM WISEMAN |
| **VICTIM/WITNESS COORDINATORS:** | | |
| **INTERPRETER NEEDED** | : | |
| **LIST LANGUAGE AND/OR DIALECT:** | | |
| **REMARKS AND SPECIAL INSTRUCTIONS:** | | |

(Maintain form in the Attorney Work Product folder / purge before archiving )