# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL ACTION NO. 5:23-CR-00009-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| YAEL AGUILAR, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion to Dismiss (Doc. No. 14) the Indictment (Doc. No. 1) without prejudice, following Yael Aguilar's guilty plea filed in Case No. 5:23-cr-00032-KDB. The Court **GRANTS** the Government's Motion.

**IT IS THEREFORE ORDERED** that the Indictment (Doc. No. 1) be **DISMISSED** without prejudice.

Signed: August 14, 2023

Kenneth D. Bell
United States District Judge